IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TIMOTHY MICHAEL OGLES,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-54 (MTT) |
| **TOMMY TRIMBLE,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting the Defendants' motion to dismiss (Doc. 12) because the Plaintiff has failed to sufficiently allege a failure-to-protect claim pursuant to 42 U.S.C. § 1983.  (Doc. 18).  The Plaintiff has not objected to the Recommendation.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the Defendants' motion to dismiss is **GRANTED**, and the Plaintiff's case is **DISMISSED**.

**SO ORDERED**, this 8th day of February, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT